was drunk on the premises; also in charging the jury as to what acts constitute a violation of the statute.

ROBSON, J., not sitting.

---

FEDERER v. HARRIS et al. (Supreme Court, Appellate Division, Second Department. January 9, 1914.) . Action by Hans Federer against Joseph Harris and another. No opinion. Motion for stay pending appeal granted.

---

FELD, Respondent, v. KNICKERBOCKER ICE CO., Appellant. (Supreme Court, Appellate Division, First Department. January 23, 1914.) Action by Adolph Feld, as administrator, etc., against the Knickerbocker Ice Company. F. M. Thompson, of New York City, for appellant. S. Newborg, of New York City, for respondent. No opinion. Judgment affirmed, with costs. Order filed.

---

FELTEN, Appellant, v. CONEY ISLAND & B. R. CO., Respondent. (Supreme Court, Appellate Division, Second Department. February 20, 1914.) Action by Jacob Felten against the Coney Island & Brooklyn Railroad Company. No opinion. Judgment and order unanimously affirmed, with costs.

---

FERGUSON, Respondent, v. BARRETT, Appellant. (Supreme Court, Appellate Division, First Department. January 30, 1914.) Action by William R. Ferguson against William M. Barrett, as president, etc. E. G. Benedict, of New York City, for appellant. J. Offenbach, of New York City, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

---

FERGUSON, Respondent, v. NEW YORK TELEPHONE CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. November 26, 1913.) Action by Edward Ferguson, as administrator, etc., against the New York Telephone Company. No opinion. Appeal dismissed, without costs, upon stipulation filed.

---

FIRE DEPARTMENT OF VILLAGE OF PENN YAN, Respondent, v. R. A. CORROON & CO., Appellants. (Supreme Court, Appellate Division, Fourth Department. November 26, 1913.) Action by the Fire Department of the Village of Penn Yan against R. A. Corroon & Co. No opinion. Judgment modified, by deducting therefrom the amount included as interest, and as so modified, affirmed, with costs.

---

FIRST NAT. BANK OF DETROIT, MICH., Appellant, v. HOLLINS et al., Respondents. (Supreme Court, Appellate Division, Second Department. January 23, 1914.) Action by the First National Bank of Detroit, Mich., against Harry B. Hollins and others. No opinion. Motion granted, and order resettled, so as to provide that defendant Govin may have 10 days from the date of the entry thereof in which to serve his answer. See, also, 144 N. Y. Supp. 1115.

---

FISCHER, Respondent, v. MOORE, Appellant. (Supreme Court, Appellate Division, First Department. January 30, 1914.) Action by Emma M. Fischer against William A. Moore. H. Cabell, of New York City, for appellant. G. H. Richards, of New York City, for respondent. No opinion. Judgment and order affirmed, with costs. Order filed.

---

In re FISH et al. (Supreme Court, Appellate Division, Fourth Department. November 26, 1913.) In the matter of the application of Charles B. Fish and others for a peremptory writ of mandamus directing Francis C. Ward, as Commissioner of Public Works of the City of Buffalo, to issue to them a permit to erect a building, etc., in Buffalo. No opinion. Order affirmed, with costs.

---

FISHLOWITZ, Respondent, v. TINT, Appellant. (Supreme Court, Appellate Division, Second Department. January 23, 1914.) Action by Bernard Fishlowitz against Anthony Tint.

PER CURIAM. Judgment and order reversed, and new trial granted, costs to abide the event, for error in excluding questions addressed to the witness Sarah Tint upon cross-examination at folios 54, 59, 60, 65, and 66, and those addressed to defendant at folios 90, 96, 127, and 128.

---

FITZGIBBON, Appellant, v. ERIE R. CO., Respondent. (Supreme Court, Appellate Division, Second Department. January 23, 1914.) Action by Frank Fitzgibbon against the Erie Railroad Company. No opinion. Motion to dismiss appeal denied, on condition that appellant perfect his appeal, place the case on the calendar for the March term, and be ready for argument when reached; otherwise, motion granted, with $10 costs.

---

FOWLER et al., Respondents, v. CORRIGAN, Appellant. (Supreme Court, Appellate Division, Third Department. January 7, 1914.) Action by Herbert G. Fowler and another against W. Edward Corrigan. No opinion. Judgment affirmed, with costs. The court is unable to review the question as to whether the verdict is against the weight of the evidence upon an appeal from the judgment only.

---

FOWLER et al., Respondents, v. WEBB et al., Appellants. (Supreme Court, Appellate Division, Second Department. January 23, 1914.) Action by Clarence A. Fowler and another against Edwin J. Webb and others.

PER CURIAM. Order modified, so as to require the defendants to specify: First, the representations alleged to have been made by the plaintiffs to the defendants, which are claimed to be false, as set forth in the fourth paragraph